# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JERMAINE R. SEAGEARS; WORK OR DON'T EAT, LLC,

        Plaintiffs,

vs.

JACQUEZ C. LINDSEY,

        Defendant.

Case No.: 2:19-cv-01161-GMN-DJA

**ORDER**

On December 10, 2020, the Court issued the Order to Show Cause, (ECF No. 20), why Defendant Jacquez Lindsey ("Defendant") should not be held in civil contempt. The Order asked Defendant to explain in writing by January 8, 2021, his failure to comply with this Court's Order, (ECF No. 15), which required Defendant to produce his "bank account records, sale records, ledgers and receipts of sales either in-person or online of all items bearing the Work or Don't Eat name or trademark," by March 22, 2020. (*See* Min. Order Show Cause, ECF No. 20). The Court explained that failure to comply with the Order to Show Cause would result in "the issuance of sanctions including a finding of civil contempt that results in issuance of $100.00 daily fines and an award of attorney fees and costs." (*See* Min. Order, ECF No. 20). To date, Defendant has not complied with the Order.

//

//

//

//

//

//

Accordingly,

**IT IS HEREBY ORDERED** that the Court holds Defendant in civil contempt. Defendant shall be subject to $100.00 daily fines, beginning upon the date Defendant is properly served with this Order, until Defendant fully complies with the Court's prior Order. Defendant shall also be liable for Plaintiffs' attorney fees and costs, which shall be ordered upon proper motion.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve a copy of this Order upon Defendant by January 25, 2021. Plaintiffs shall file an Affidavit of Service on the docket once service has been affected.

Dated this 11 day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT