**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Phone: (702) 968-8087
Fax:   (702) 968-8088
Email: murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE SEAGEARS, an individual, and WORK OR DON'T EAT, LLC, a Nevada limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>JACQUEZ LINDSEY individually and d/b/a CLUTCH GAME GEAR, and DOES I through X inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-01161-GMN-DJA<br><br>**ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS** |

Plaintiffs, JERMAINE SEAGEARS, an individual, and WORK OR DON'T EAT, LLC, a Nevada limited liability company, have moved the Court for an Order extending the time to serve Defendants, JACQUEZ LINDSEY individually and d/b/a CLUTCH GAME GEAR, (hereinafter "Mr. Lindsey").

Pursuant to Plaintiffs' Ex Parte Application and Request for Extension of Time to Serve Defendants, the Court having reviewed the Motion, the papers and pleadings on file, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Ex Parte Application and Request for Extension of Time to Serve Defendants is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order by personal service on Defendant Jacquez Lindsey.  Pursuant to the Court's Contempt Order, (ECF No. 22), Plaintiffs shall file an affidavit of service once service has been effectuated.  Defendant's daily fines will not begin to accrue until service has been affected.

IT IS SO ORDERED.
Dated this  3  day of March, 2021.

_____
Gloria M. Navarro, District Judge
United States District Cout

Submitted by:

**THE URBAN LAW FIRM**

By: /s/ Michael A. Urban
MICHAEL A. URBAN, Nevada Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Phone: (702) 968-8087
Fax:    (702) 968-8088
Email: murban@theurbanlawfirm.com
**Counsel for Plaintiffs**

2